# United States District Court
# For The Western District of North Carolina
# Asheville Division

Brent Jacoby,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                                1:09CV304

Buncombe County Drug Treatment
Court Program, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 13, 2009 Order.

                                                Signed: August 14, 2009

                                                Frank G. Johns, Clerk
                                                United States District Court